ST. PETER'S ROMAN CATHOLIC PARISH *v.*
URBAN REDEVELOPMENT AUTHOR-
ITY OF PITTSBURGH ET AL.

No. 749.   Decided May 4, 1959.

*Louis C. Glasso* for appellant.

*Theodore L. Hazlett, Jr.* and *R. J. Hopkins* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.